DR. JONAS W. ROSENTHAL

 VS No. 8245

DR. J. FRED DUNN

June 19th, 1922.

DR? JONAS W. ROSENTHAL

VS No. 8245

DR. J. FRED DUNN

CHARLES F. CLAIBORNE, JUDGE.

This is a suit for damages caused by the collision of two automobiles on July 25th. at 5:45 P. M.

There is no contest as to the facts essential to a decision and they are as follows:

The plaintiff was driving an automobile upon the uptown side of the neutral ground of Canal Street going towards the River ; when he reached Baronne Street he stopped to obey traffic regulations; upon the proper signal he resumed his advance; when he got to a point in front of the Macheca Building, defendant's car backed out from the neutral ground directly in front of him; plaintiff

"was about six or seven feet from Dr. Dunn's car when he began to back out; there was only one car between them and the collision occurred right back of that car".

The defendant's car was parked against the uptown side of the neutral ground; he was in the car with his wife; when they prepared to back out from the curbing of the neutral ground, they both looked back and saw no car coming; they backed away from the line of the other cars parked against the same curbing when defendant's wife noticed plaintiff's car coming rapidly; she had no time to warn her husband who was driving when plaintiff's car collided with theirs and shoved it back against the neutral ground in almost the same position it had previously occupied, and threw it against a post there.

Of course, both machines were damaged. Each blames the other. The District Judge found for the defendant, and we agree with him. Plaintiff had the right to drive upon that street, and defendant had the right to back away from the neutral ground. Neither had the right of way over the other. Each owed to the

other the duty of care and caution. But the City Traffic ordinance No. 1392 adopted April 15th, 1914, which was in force at the date of this accident, provides:

Section 2 (a): "A vehicle, except when passing a vehicle ahead, shall keep as near the right hand curb as possible".

If the plaintiff had conformed his driving to the ordinance, and if he had kept near the curb instead of driving in the middle of the street, he would have passed the defendant without colliding with him. His violation of the ordinance was the immediate cause of the accident and under repeated rulings of this Court, he must pay for the damage. See the case of Cundiff vs Imbrigulia this day decided.

Judgment affirmed.
June 19th, 1922.